# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GIOVANI BARBOZA, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:21-cr-00280-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 42) |

Pending before the Court is a motion for order permitting group jail visits, filed by Defendants Giovani Barboza and Jordan Villalobos. Docket No. 42. Defendants, who are in custody in the Nevada Southern Detention Center, ask the Court to order the facility to allow them to meet with their attorneys together, in order to effectively prepare for trial. *Id*. at 2.

For good cause shown, the Court **GRANTS** Defendants' motion for group jail visits. Docket No. 42.

IT IS SO ORDERED.

DATED: December 9, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE