# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JORDAN VILLALOBOS,<br><br>        Defendant. | Case No. 2:21-cr-00280-JCM-NJK<br><br>**Order**<br><br>[Docket No. 65] |

Pending before the Court is the motion to withdraw as Defendant's attorney. Docket No. 65. The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on March 6, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

In addition, the Court notes that the motion was filed less than 30 days before trial. *See, e.g.*, Docket Nos. 61, 64. "Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing." Local Rule IA 11-6(e) (emphasis added). Attorney Rasmussen must file a notice of corrected image for his motion advising whether his request to withdraw would, if granted, require a delay to the trial in this case. If it would, Attorney Rasmussen must also comply with Local Rule IA 11-6(e). This notice of corrected image (and any corresponding request) must be filed by March 2, 2023.

IT IS SO ORDERED.

DATED: March 1, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE