# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00280-JCM-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 65] |
| JORDAN VILLALOBOS, | |
| Defendant. | |

Pending before the Court is the motion to withdraw as Defendant's attorney. Docket No. 65; *see also* Docket No. 67. Counsel represents that, "[i]f this Motion was granted[,] it would certainly delay the upcoming trial as new counsel would have to review the voluminous discovery." Docket No. 67 at 2. "Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing." Local Rule IA 11-6(e). Defense counsel has not filed appropriate papers requesting a continuance of trial. Accordingly, the motion to withdraw is **DENIED** without prejudice and the hearing on the motion is **VACATED**.

IT IS SO ORDERED.

DATED: March 3, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE