1   CHRIS T. RASMUSSEN, ESQ.
    Nevada Bar No.:007149
2   RASMUSSEN LAW P.C.
    520 S. Fourth Street
3   Las Vegas, Nevada 89101
    Tel: (702) 384-5563
4   Fax: (702) 550-7031
    Attorney for Defendant
5

6                   **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9   UNITED STATES OF AMERICA,

10          Plaintiff,                    Case No. 2:21-cr-00280-JCM-NJK

11      v.
                                          **STIPULATION AND ORDER TO**
12  JORDAN VILLALOBOS,                    **CONTINUE SENTENCING**

13          Defendant.

14

15          IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, JORDAN

16  VILLALOBOS, by and through his counsel Chris T. Rasmussen, Esq., and the United States

17  of America, by and through Jason M. Frierson, United States Attorney, and Melanee Smith

18  Assistant United States Attorney, that the above-captioned matter currently scheduled for

19  sentencing on June 21, 2023, at 11:00 a.m. be vacated and continued for 30 days.

20

21          This Stipulation is entered into for the following reasons:

22      1.  The parties agree to a continuance;

23      2.  Counsel for Defendant needs additional time to adequately prepare for sentencing;

24      3.  Defendant is in custody. Counsel for Defendant has spoken to the Defendant and

25          the Defendant has no objection to this continuance;

26

4.   Denial of this request could result in a miscarriage of justice;

5.   For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 30 days.

7. This is the eighth request for continuance.

DATED this 13th day of June, 2023.

*/s/ Chris T. Rasmussen*                                    */s/ Melanee Smith*
_____          _____
CHRIS T. RASMUSSEN, ESQ.                      MELANEE SMITH
Attorney for Defendant                              Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORDAN VILLALOBOS,

    Defendant.

Case No.: 2:21-cr-00280-JCM-NJK

**FINDINGS OF FACT AND**
**CONCLUSIONS OF LAW**

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1.  The parties agree to a continuance;

2.  Counsel for Defendant needs additional time to adequately prepare sentencing;

3.  Defendant is in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1.  Denial of this request would result in a miscarriage of justice;

2.  For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 30 days.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

JORDAN VILLALOBOS,

             Defendant.

Case No.: 2:21-cr-00280-JCM-NJK

**ORDER**

     Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for June 21, 2023 at the hour of 11:00 a.m., be vacated and continued to **July 26, 2023, at 10:00 a.m.**

     DATED June 15, 2023.

_____
UNITED STATES DISTRICT JUDGE