CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORDAN VILLALOBOS,<br><br>    Defendant. | Case No. 2:21-cr-00280-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, JORDAN VILLALOBOS, by and through his counsel Chris T. Rasmussen, Esq., and the United States of America, by and through Jason M. Frierson, United States Attorney, and Melanee Smith Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on July 26, 2023, at 10:00 a.m. be vacated and continued for 30 days.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare for sentencing;

3. Defendant is in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 30 days.

7. This is the second request for continuance.

DATED this 11th day of July, 2023.

| | |
|---|---|
| */s/ Chris T. Rasmussen* | */s/ Melanee Smith* |
| _____ | _____ |
| CHRIS T. RASMUSSEN, ESQ. | MELANEE SMITH |
| Attorney for Defendant | Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORDAN VILLALOBOS,<br><br>    Defendant. | Case No.: 2:21-cr-00280-JCM-NJK<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare for sentencing;

3. Defendant is in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 30 days.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JORDAN VILLALOBOS,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-00280-JCM-NJK<br><br>**ORDER** |

　　　Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for July 26, 2023, at the hour of 10:00 a.m., be vacated and continued to **August 28, 2023, at 10:00 a.m.**

　　　DATED July 13, 2023.

_____
UNITED STATES DISTRICT JUDGE